FILED
JUL 05 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12cr0444-JLS |
| Plaintiff, | |
| v. | **ORDER** |
| MARLENE TOLEDO (1), <br> JUANA ELBA CORIA (2), | |
| Defendants. | |

IT IS HEREBY ORDERED that the motion hearing in this matter be continued from July 20, 2012, at 1:30 p.m., until August 10, 2012, at 1:30 p.m. Time is excluded under the Speedy Trial Act as valid substantive motions have been filed and remain pending. The parties have noted that the Defendants remain in custody.

7/5/12

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE