UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR0444-JLS |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS** |
| MARLENE TOLEDO (1), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the underlying Indictment and the Superseding Indictment in the above-referenced case are dismissed without prejudice as to defendant MARLENE TOLEDO.

**IT IF FURTHER ORDERED** that defendant MARLENE TOLEDO be released from the custody of the United States Marshals Service.

**SO ORDERED.**

DATED: Aug 15, 2012.

HON. JANIS L. SAMMARTINO
United States District Court Judge